# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mark Aaron Joseph | Case Number: |
| (Plaintiff) | |
| vs | |
| United States of America, XAVIER BECER-RA, Secretary of Health and Human Services, in his official capacity; HEALTH AND HU-MAN SERVICES; ROCHELLE WALENSKY, Director of the Centers for Disease Control and Prevention, in her official capacity; CENTERS FOR DISEASE CONTROL AND PREVEN-TION; LOUIS DEJOY, Postmaster General of the U.S. Postal Service, in his official capacity; The UNITED STATES OF AMERICA | **22-cv-40-wmc** |
| (Defendant) | |

## PARTIES

**Plaintiff:**

Mark Aaron Joseph

A citizen of the state of Wisconsin

Address:

S6075 County Road T Viroqua, WI 54665

**Defendant:**

United States; and United States governmental agencies located in Washington D.C and Atlanta, GA; responsible for the issuance and implementation of the challenged administra-tive actions; to include HHS, CDC, and USPS.

1. **Who:**

The United States, the Defendant; by the actions of The Department of Veterans Affairs (and Veterans Evaluation Services per DOJ section 552a, Paragraph M); by the actions of the United States Postal Service; by the actions of Centers for Disease Control and Prevention; A public policy for the United States.

2. **What the Defendant did:**

Deprivation of rights, per verbal, written, and electronic communications in pursuant to *18 U.S. Code § 242, Bivens action, 28 U.S. Code § 1346(b), 28 U.S. Code § 1402, 41 U.S. Code § 6503 (Breach of Contract)*; The Defendant; has breached contract, intentionally injured through public policy and violated multiple constitutional laws, thus incurring a Bivens claim against them.

 a. The United States; via The Department of Veterans Affairs is refusing the Plaintiff, who is a priority-group-one combat veteran, legally protected and entitled healthcare services and the highest quality of care available, which is the in-person healthcare examinations and services offered via the VA; unless the Plaintiff violate his religious beliefs by placing a face covering over his face and complying with all other unlawful protocols, to include the unecessary invasive swab testing; and including involuntarily servitude, and the inability to decline medical treatment. The VA has threatened the Plaintiff with guns by telling him they would send the police after him if he arrived for his scheduled appointment without a face covering on.

 b. The United States, via the Plaintiff's former employer, who was the United States Postal Service, enforced unlawful actions, breaking implied-contract, which is breach of contract, that indirectly discriminated against him and those with the same beliefs religiously or through Individulism (no due process), by placing him into a suspended indefinite unpaid leave status for refusing to violate his religous/moral beliefs and exercising his

right to refuse medical treatment; This status disqualified the Plaintiff from receiving state unemployement benefits and the special covid pay that was available at the time.

c. The violations were executed through the VA (VHA, VBA, VES-under DOJ section 552a, Paragraph M), and USPS; and the CDC who authorized large sums of funding to state/county health departments to enforce their "guidelines"; which includes funding toward marketing [propaganda] campaigns to defame non-compliers/non-believers; those campaigns have fueled local level division and bitterness among neighboring and family member persons. The CDC has aided and abetted, and induced the enforcement of unlawful policy through supplemental funding.

d. The United States is establishing a nameless and covert religion/religious-order under the disguise of a 'health and safety' policy. This nameless religion is a type of scientism. The United States is establishing an unverifiable but organized system of beliefs that dictates our outcome to be either; compliant and followers or oppressed and inconvenianced. Which is discriminatory and devisive in nature and in practice.

e. The United States is establishing segregation (medical apartheid) without due process of law and with the presumption of guiltiness, without probable cause.

f. The United States is establishing forced medication without due process of law.

g. The United States is establishing involuntary-servitude (slavery) without due process of law.

h. The United States has replaced legally established Individualism with the theory of Collectivism.

i. The United States has presumed the Plaintiff and Citizens to be guilty until proven innocent.

3. **When they did it:**

a) VA: Multiple times over the course of 2020 and up to the present day of the Plaintiff filing this lawsuit.

3

b) USPS: August-September 2020.

c) CDC, authorizing funds to county/state to 'combat covid 19': Multiple times through out 2020-2021; specific dates unknown.


4. **Where it happened:**

Abroad many spectrums to include, but not limited to;

a) V.A: Mostly over the phone (call logs can verify, some in emails/letters) and inside VA/VES-facilities.

b) USPS: Viroqua, WI (54665) Post Office.

c) CDC: Funding distributed state-wide to local DHS level. Orders from recipient of CDC funds, executed at Vernon County (54665) Courthouse.


5. **Why they did it:**

a)VA: They claimed multiple reasons to include; an order from the CDC (guidelines), a directive coming from Washington DC, and through Joe Biden's "mask mandate" executive order. The VA also ties those reasons with their new version of a 'health and safety' policy as well.

b) USPS: They changed their uniform and safety policy to include the wearing and utilization of a medical device (and the Plaintiff also argues a religious symbol), which is to be used for medical treatment.

c) CDC: Through agreements with State and County DHS.


# Introduction

6. This case is about the Defendant establishing and enforcing an unlawful public policy, beginning in the Spring of 2020, that breaches contract, violates multiple federal laws, nature's law, and the Constitution; to include Individual Rights. This policy directly and indirectly interferred with and disrupted the life of the Plaintiff, in a harmful way. A

couple of direct interferrence examples include; denial of va healthcare services, denial of active employment, denial of civic oppurtunities. A few indirect examples include; denial of in-door spectating events at local public schools, some public destinations, and cause of family/relationship quarrels.

 b) "A Law repugnant to the Constitution is void." **(Marbury v. Madison 1803)**

 7. In an effort to address a new virus, labeled "SARS-CoV-2", in Spring of 2020, the Centers for Disease Control and Prevention (CDC) recommended the wearing of face coverings while in public spaces and indoors. Shortly after, many federal departments to include; The Department of Veterans Affairs (VA), and the Plaintiff's former employer, the United States Postal Service (USPS) in August of 2020, adopted, implemented, and enforced this 'recommendation' through a modified 'uniform' and 'safety' policy that included; frequent invasive testing for some services, and utilizing medical devices used for medical treatment, such as face coverings.

 8. In addition, The Centers for Disease Control and Prevention (CDC) also contributed to the expansion of this unlawful policy by acting outside their jurisdiction, in supplementing and inducing State and County Department of Health Services through funds; through agreements such as the Epidemiology and Laboratory Capacity (ELC) Enhancing Detection cooperative agreement. Which has compeled State and County officials to implement and promote their unlawful measures locally. The recipient of such funds, per the induced agreement, has established marketing campaigns across the state of Wisconsin to include; billboards, radio, social media ads, etc, and induce public schools, to defame those who are against such measures.

 9. This unlawful act establishes a structure that mimics a religious-structure, and with it a set of organized beliefs. This policy promotes and compels citizens toward seg-

regation, to slavery, and the presumption of guilt without Due Process. Some of the labels attached to this unlawful act is; "covid policy", "covid-19 policy", "health and safety policy", "health policy", "safety policy", "uniform policy", "coronavirus policy", "mask mandate", "face covering policy", or similar verbiage.

10. The Defendant, through The Department of Veterans Affairs (VA), is denying the Plaintiff his legally protected and entitled healthcare services, and the highest quality of care available, which is their in-person healthcare examinations and services offered at the VA facilities, unless he violate his religious beliefs by placing a face covering over his face and complying with all other unlawful covid protocols, to include the invasive swab testing; and including involuntary servitude, and the inability to decline medical treatment.

11. The Defendant, through **the VA has threatened the Plaintiff with guns by telling him they would send the police after him** if he decided to arrive for his scheduled appointment without a face covering on. The VA justifies their actions through the name of 'CDC guidelines' and an unconstitutional collectivist's (theory) version of 'health and safey'. In effect, the VA has handed over the Plaintiff's legally entitled healthcare services, and some benefits, to the CDC panel and to the unlawful policy. Which means his rights as a veteran, a patient, an employee, and as a citizen, hinge on a few government employees (priesthood) opinions.

12. At the core, the Defendant justifies their actions through the consensus of opinion from the CDC panel; which is the government's interpretaton of how they view and understand, or how they *want* to view and how they *want* to understand 'science', which acts in line with the priesthood of religions and their interpretation of God, gods, or otherwise devine entities.

13. There are many other [*private sector*] credible and licensed scientific and medical personel who disagree with the consensus and implementation of the mentioned CDC policy.

14. The Defendant, through the Plaintiff's former employer who was the United States Postal Service; In August 2020, enforced an unlawful policy, breaking implied-contract, that harmed the Plaintiff and those with the same beliefs, by placing the Plaintiff into a suspended indefinite unpaid leave status for refusing to violate his deeply held beliefs, which includes being an accomplice in crime, and exercising his right to refuse medical treatment; This status disqualified him from receiving state unemployement benefits and the special covid pay that was available at the time in August-September of 2020.

15. The Defendant has inflicted harm upon the Plaintiff on multiple occassions through out 2020 and up to the filing of this lawsuit, by enforcing or promoting the enforcement of the unlawful policy.

a) The harm and violations were executed over the phone, through emails, and inside government facilities; to include the post office, and indirectly through the Vernon County courtroom, etc.

b) The evidence is located in; the call-log records, emails, and mailer; to include the USPS records, and the Vernon County (WI) Circuit Court records.

16. The Vernon County Circuit judge justified enforcing the unlawful policy inside the courtroom by means of the Vernon County DHS guidelines, a recipient of CDC funding. Funding in part, with the stipulation of promoting and enforcing such challenged measures.

17. The Defendant justified their actions in the name of 'health and safety', to address a specific virus (implied enemy). The Defendant justified their actions by blaming

the CDC panel for offering the guidelines. USPS changed their uniform policy to include utilizing a medical device used for medical treatment. And in context to this organized set of beliefs, the wearing of a religious symbol.

18. Beginning in the Spring of 2020 and multiple times through out 2020 and into the filing of this lawsuit, the Plaintiff was told by the Defendant that he must utilize a medical device used for medical treatment and that he was to serve others, if he were to have access to the full array of healthcare services offered by The Department of Veterans Affairs.

19. The Defendant provided no reasonable accomodation to the Plaintiff's deeply held objections, to include his religious and moral beliefs.

20. The Defendant nullified the Plaintiff's legal right to refuse medical treatment while inside government facilities; and, while as an employee.

21. The Defendant is punishing the Plaintiff for not adhering to such unlawful actions. The punishment entails the denial of many critical services and the denial of being scheduled working hours. And, the indirect denial to partake in civil-duty such as jury-duty, at the county level. And the indirect denial to partake in, and/or enjoy as a spectator, in tax-funded sporting and entertainment events, located at academic centers such as public schools.

22. The face coverings, as described by the U.S. Food and Drug Administration (FDA) and as defined by several common, popular and established english dictionaries, are medical devices used for medical treatment. By having our faces covered with medical devices through coercive methods/actions, is the same as enforced medical treatment.

23. By having our faces covered with medical devices forcefully in the name of providing a healthier and safer environment to those surrounding us, is the same as being forced to provide a health, and/or a medical and/or a safety service to those around us. Which is involuntary-servitude.

# Party Details

24. Plaintiff is a United States citizen and resident of Vernon County, in the State of Wisconsin. The Plaintiff is a combat-veteran, and holds a 'priority group one' status with the VA.

25. The Defendant is the United States, along with its appointed officials of the United States government, and United States governmental agencies responsible for the issuance and implementation of the challenged administrative actions.

a) Via the CDC; issued supplemental funding to the State of Wisconsin DHS, and to Vernon County DHS per agreements to implement and compel such unlawful actions. The CDC is a component of the Department of Health & Human Services (HHS).

b) Defendant Rochelle Walensky is the Director of the CDC. She is sued in her official capacity.

c) Defendant Xavier Becerra is the Secretary of HHS. He is sued in his official capacity.

d) USPS; Louis Dejoy, Postmaster General of the U.S. Postal Service. He is sued in his official capacity.

# Venue

26. Venue is proper because the Defendant violated the Plaintiff's rights in this district; and, the Plaintiff resides in this district.

## Liability

27. As a matter of public policy the Defendant may be sued for monetary damages caused by their intentional torts, through the enforcement of unlawful actions that enshrine the CDC guidelines pertaining to a virus, labeled as; "covid policy", "covid-19 policy", "health and safety policy", "health policy", "safety policy", "uniform policy", "coronavirus policy", "mask mandate", "face covering policy", and/or similar verbiage.

## Summary of Plaintiff's beliefs

28. The Plaintiff worships his God and practices his faith in part by his actions, including taking a stance against what he sees and understands to be evil or unlawful; even if his governing authorities falsely call it good or falsely call it needed or required.

29. The Plaintiff believes in The Ten Commandments given in Exodus 20;  these highlighted commandments are violated by the unlawful policy in question;

    a. You shall have no other gods before me.

    b. You shall not make an idol.

    c. You shall not murder.

    d. You shall not steal.

    e. You shall not give false testimony.

30. The Plaintiff believes in The Greatest Commandment given in Matthew 22:37-40; which highlights the need for the Plaintiff to love through his actions.

31. The Plaintiff believes at minimum, several Bible versus call him into an action of disobediance and resistance, to this particular unlawful policy.

    a. Matthew 20

b. 1 Corinthians 9:9

c. James 2:10

d. James 2:17

e. 1 Peter 2:13-17

f. Romans 13

g. 1 Corinthians 6:19-20

h. 2 Corinthians 3:18

i. Matthew 6, 22:18, 23, 24:51

j. Mark 7:6

k. Luke 12, 13

l. Daniel ('the lions den', and 'Shadrach, Meshach, and Abednego')

m. Acts 5:29

n. Exodus 1:15-17

32. The Plaintiff believes the Bible does not teach anti-government, but rather anti-tyranny.

33. In the Bible; 2 Corinthians 11 warns us to watch out for deceitful people who disguise themselves as apostles of Christ; and to be watchful of evil presenting itself as an angel of light.

34. Lies do not become truth because "polls", "the media", "the majority", "democracy", "the collective", or the United States government, speaks it. The fact is, enforcing medical interventions outside due process of law is unconstitutional.

35. Liberties and rights do not end at the point where other's feelings get hurt or where their fear begins. We do not have rights to "feel good" or "feel safe", only a right

to **pursuit** a life that offers those feelings; as long as we do not violate other's Individual rights in that pursuit.

36. All citizens are to be presumed innocent, until proven guilty. Or until reasonable cause, such as **manifesting all** (not some) of the symptoms of a sick and contagious person. So far in the Plaintiff's encounters with the Defendant, the Plaintiff has not been given due process of law, nor exhibited reasonable cause.

37. The government's role is to make sure Individual rights and written laws are protected and followed. Not to give orders outside those laws, or to take our rights away that are protected by those written laws.

38. The Declaration of Independence, the Constitution, and the Bill of Rights are based on the principles that all people have certain absolute **individual** rights that the federal government is created to protect. Those rights include common law rights, which come from British sources like the Magna Carta. Or natural rights, which, the Founders believed came from God. The Founders believed that natural rights are inherent in all people by virtue of them simply being human and that certain of those rights are inalienable and absolute in nature, meaning they cannot be surrendered to government under any circumstances, to include an emergency or a percieved emergency, or 'policy'; unless through due process of law and indictment of grand jury.

39. The Plaintiff's deeply held ethical and moral beliefs are rooted in Christianity, which encompasses a Biblical worldview. A worldview that is entirely consistent with all of the creators and signers of the Federalist Papers, the Declaration of Independence, the Bill of Rights and the Constitution of the United States.

12

40. The Plaintiff's faith forbids him to promote lies and/or to deceive others; such as suggesting his support for the theory of Collectivism (when he does not), or by redefining terms; particularly words that hold great legal power in such a way that could benefit himself over others, or to mislead others toward a falsehood or deception.

41. According to five popular dictionaries; Merriam-Webster, Oxford, Dictionary. com, Collins, and Cambridge, "Medicine", "Appliances", and "Service", describes the face covering-policy as being a medical treatment policy, and a servitude policy. This enforced policy equates to enforced medical treatment and slavery.

b. The Plaintiff's recent letter from the Department of Veterans Affairs admitted and spelled out the so called need for veterans like himself, to "serve" again through taking medical-mitigation action (MCMs) toward covid19. If it isn't a service, then why say "serve"?

42. The notion that the government can make anybody place something over their face/mouth or that the government can coerce people to undergo any medical treatment or intervention, or be forced into servitude, that they deem to be necessary; and to severely limit the citizen's ability to socialize with others, or to limit the ability to express oneself, or to severely limit how someone can partake in society, without due process of law; makes the government the owner and master of that person. If the government can take a person's method of providing an income for their family away because they refused medical treatment, or refused to allign with a religious structure, or take their healthcare away, as they did with the Plaintiff (without due process); is well beyond discrimination and disparity; It is the epitome of tryanny.

43. In United States vs Kauten (1943); Judge Augustus Hand gave this definition: *"Religious belief arises from a sense of the inadequacy of reason as a means of relating*

*the individual to his fellow-men and to this universe. It is a belief finding expression in a conscience which categorically requires the believer to disregard elementary self-interest and to accept martyrdom in preference to transgressing its tenets. [Conscientious objection] may justly be regarded as a response of the individual to an inward mentor, call it conscience or God, that is for many persons at the present time the equivalent of what has always been thought a religious impulse."*

Did the Plaintiff have this "religious impulse" toward his employer, or his medical provider, or other government entities enforcing the same unlawful policy? Yes.

44. In West Virginia State Board of Education v. Barnette; "Pledge of Allegiance"; Despite the sentimental-goal of 'we can compel you if for the unity of the nation'; however, the courts understood that even under 'good intentions', no verbal pledge, outward action or expression, can be forced upon others to show one's faith in something. This can include a 'health and safety' goal. **Face coverings compeled, for an implied goal becomes a symbol of an idea.**

b) Justice Jackson: *"There is no doubt that, in connection with the pledges, the flag salute is a form of utterance. **Symbolism is a primitive but effective way of communicating ideas. The use of an emblem or flag to symbolize some system, idea,** institution, or personality, is a short cut from mind to mind. Causes and nations, political parties, lodges and ecclesiastical groups seek to **knit the loyalty of their followings to a flag or banner, a color or design.** The State announces rank, function, and authority **through crowns and maces, uniforms and black robes;** the church speaks through the Cross, the Crucifix, the altar and shrine, and clerical reiment. <u>**Symbols of State often convey political ideas just as religious symbols**</u> come to convey theological ones. Associated with many of these symbols are appropriate gestures of acceptance or respect: a salute, a bowed or bared head, a bended knee. A person gets from a symbol the meaning he puts into it, and what is one man's comfort and inspiration is another's jest and scorn." "Words* **(and actions)** *uttered*

14

under coercion are proof of loyalty to nothing but self-interest. **_Love of country must spring from willing hearts and free minds_**_, inspired by a fair administration of wise laws enacted by the people's elected representatives within the bounds of express constitutional prohibitions. These laws must, to be consistent with the First Amendment, permit the widest toleration of conflicting viewpoints consistent with a society of free men." "If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can pre-scribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion or force citizens to confess by word **or act** their faith therein."_

# Counts

## Count One

45. The Defendant has violated nature's law in The Declaration of Independence, which clearly implies the establishment of Individualism and the security of Individual Rights. And, in effect of this unlawful policy, has replaced it with a form of Collectivism; where the 'collective' or 'group' or 'demographic' has rights over the individual. "Collective" or "Collectivism" is not to be confused with the collection of individuals, or 'Society at Large', or 'nation'. "Rights" are not to be confused with feeling-good or be free-of-fear.

## Count Two

46. The Defendant has violated the First Amendment of the U.S. Constitution;

a. by establishing a [*covert*] religion, by means of establishing an organized system of beliefs that cannot be proven or verified as truth, and exhibits dogmatism/fundamental-ism, order, ritualism, and symbolism. Relying on our in-nate cognitive survival responses to commit.

b. by, prohibiting the Plaintiff's ability to display and express his faith; while par-taking in society and government programs, and utilizing healthcare services, and while employed, and while spectating public entertainment.

c. by, abridging the freedom of speech; by controlling the free flow of information with compeling, fear-mongering, and inducing information, that is meant to mislead or change the opinion of the public, in regard to how one ought to understand law.

## Count Three

47. The Defendant has violated the Fifth Amendment of the U.S. Constitution;

a. The Plaintiff is being treated, handled, and regarded as a direct threat to himself or others, and presumed to be guilty.

b. The Plaintiff's personal property of DNA was coerced from him, to be used for public use, without compensation, violating Eminent Domain/Takings Clause.

c. The Plaintiff is being subjected to self-incrimination through enforced testing.

d. The Plaintiff is deprived to breath the cleanest air readily available to him, and deprived from breathing freely.

## Count Four

48. The Defendant has violated the Ninth Amendment of the U.S. Constitution; There is no specific mentioning that the government can enforce measures based on an individual or a demographic/polling/group's percieved fear or emotional feelings. There is no mentioning that the "collective", "group", "demographic", "democracy", or "polling", should prevail over written law or the individual.

## Count Five

49. The Defendant has violated the Tenth Amendment of the U.S. Constitution; There is no specific mentioning that the government can determine what is placed on the face or body of an individual, except in very limited cases of sexual indecency; or can enforce face coverings, or force medical treatment, or force servitude, except within the perimeters of Due process of law and the indictment of a grand jury.

### Count Six

50. The Defendant has violated the Thirteenth Amendment of the U.S. Constitution;

a. We are being induced, threatened, and coerced into involuntarily providing a "health and safety" service to others.

b. We are being forced into wearing a symbol of a [*scientism*] religious-order, by showing our outward expression of allegiance to a belief system that cannot be verified, and which requires a strong element of faith.

### Count Seven

51. The Defendant has violated the Fourteenth Amendment of the U.S. Constitution;

a. This re-iterates that face coverings and other aspects of 'covid-policy' cannot be enforced onto citizens; Only recommended, without the Individual/non-compliers being defamed through CDC marketing campaigns.

b. No privileges cannot be abridged between the full array of VA services and the qualified veteran.

### Count Eight

52. The Defendant has violated the Department of Health and Human Services and The Department of Veterans Affairs, 38 CFR § 17.33, Patient Bill of Rights;

a. To receive complete information about diagnosis, treatment, and prognosis from the physician, in terms that are easily understood. The VA never provided medical documentation about how those with the Plaintiff's disability will or possibly handle the face covering treatment (information about possible side effects), when requested.

b. The right to ***refuse medical treatment, or refuse serving those in the facility***.

### Count Nine

53. The Defendant has violated "informed consent";

a. 45 CFR 46

b. 21 CFR 50.20 & 50.25

## Count Ten

54. The Defendant has violated the Nuremberg Code;

a. The voluntary consent of the human subject is absolutely essential

b. The experiment should be so conducted as to avoid all unnecessary physical and mental suffering and injury.

c. Proper preparations should be made and adequate facilities provided.

d. The experiment should be conducted only by scientifically qualified persons.

e. During the course of the experiment the human subject should be at liberty to bring the experiment to an end.

## Count Eleven

55. The Defendant has violated 18 U.S.C. Section 242.

## Count Twelve

56. The Defendant has violated the Religious Freedom Restoration Act of 1993.

a. Americans do not give up their freedom of religion by participating in the marketplace, partaking of the public square, or **interacting with government**.

b. Government may not restrict acts or abstentions because of the beliefs they display. The Plaintiff is being restricted from recieving or partaking in government programs/ services.

c. 'Government may not officially favor or disfavor particular religious groups: Those who share the same beliefs as the Plaintiff, are being disfavored compared to those who believe in the unlawful "policy" belief system.

d. RFRA does not permit the federal government to second-guess the reasonableness of a religious belief.

e. A governmental action substantially burdens an exercise of religion under RFRA if it bans an aspect of an adherent's religious observance or practice, compels an act inconsistent with that observance or practice, or substantially pressures the adherent to modify such observance or practice; **The Plaintiff's practices have been substantially pressured into modifying to the Defendant's will/mold.**

## Count Thirteen

57. The Defendant has violated 18 U.S.C. § 3 "accessory after the fact"; after being notified mulitple times of their violations.

## Count Fourteen

58. The Defendant has violated 18 U.S.C. § 2 "aiding and abetting";

a. The White House, USPS, VA has counseled, commanded, and induced private companies/platforms, management and other lower authorities (to include co-workers) toward aiding and abetting the enforcement of unlawful acts and policy.

b. The CDC induced state and county offices, through funding, to enforce the unlawful measures, with bribery of recieving large sums of funds.

## Count Fifteen

59. The Defendant has violated 18 U.S. Code, chapter 13, Section 241 "conspiracy".

a. The White House admitted to working with Big Tech platforms to lay out a narrative and to control information reaching the public.

b. The federal and state governments, through contracts, have agreed to implement and enforce unlawful measures that promote voiding Individual Rights.

## Count Sixteen

19

60. The Defendant has violated 22 U.S. Code § 7102;

a. Threats, Coercion: The VA told me they would send armed-persons after me if I showed up to my scheduled appointment without a face covering on. The VA told me they would 'place me to the side' until I complied to all aspects of the unlawful actions.

b. Involuntary Servitude

### Count Seventeen

61. The Defendant has violated 18 U.S.C. § 1590; by recruiting the Plaintiff for labor and services.

### Count Eighteen

62. The Defendant has violated 18 U.S.C. § 1589;

a. by knowingly obtaining and recruiting the labor and services of the Plaintiff by threats.

b. by means of a scheme, plan, or pattern intended to cause the Plaintiff to believe he would undergo harm or physical restraint if he didn't adhere to demands **(Stockhom Syndrome/Cognitive dissonance can be taken advantage of)**.

c. by means of abused or threatened abuse of law or a legal process.

### Count Nineteen

63. The Defendant has violated the Patriot Act, section 802;

a. by intimidating and coercing a civilian population, including the Plaintiff, into performing the task that violates criminal laws, such as forced medical treatment and providing a service to others through coercive meausures; with threatened consequences such as loss of employment, gun-point, or loss of priviledges and services.

b. by influencing the policy of local state and county government, through bribery of funding agreements.

## Count Twenty

64. The Defendant has violated the Federal Trade Commission Act; by unlawfully promoting a product or service to prevent, treat, or cure human disease without possessing competent and reliable scientific evidence. USPS and the VA provided no such evidence to make a possible informed consent. The recipients of the CDC funds have not upheld this law as well.

## Count Twenty One

65. The Defendant has violated Civil Rights Act; 78 Stat. 241; by not protecting constitutional rights inside public facilities, and public education, or within federally assisted programs.

## Count Twenty Two

66. The Defendant has violated laws requiring a medical-license to practice medicine; such as USPS did not require the post office supervisors or post masters to be 'licensed to practice', but still promoted/directed employees toward medical treatment, and promoting/directing toward the utilizing of medical devices through the supervisors and post masters.

## Count Twenty Three

67. The Defendant has violated Title 18 USC § 371; The Defendant was controlling and/or censoring what they considered to be 'misinformation', heavily influencing the opinions of the general public/population.

a. The White House admitted to playing a role in controlling information with the most popular media platforms, in the Summer of 2021; and said in a press release (Jen Psaki) that Facebook and other social platforms were working with the White House to address

what they considered to be 'mis-information'.

    b. Jen Psaki (July 15, 2021): *"We're flagging problematic posts for Facebook that spreads disinformation, and working with doctors who are popular with audiances with accurate information".*

    c. Jen Psaki (July 16): *"So we're regularly making sure social media platforms are aware of the latest narratives, dangerous to public health that we and many other Americans are seeing across all of social and traditional media. And we work to engage with them to better understand the enforcement of social media platform policies,"*

### Count Twenty Four

68. The Defendant has violated 18 USC § 1961;

    a. by bribing/extorting the Plaintiff through means of threats, if he did not adhere to the unlawful-policy demands; by undergoing medical treatment and/or providing a service to others.

    b. The Plaintiff was bribed with a normal working schedule/day/job/hours if he adhered to the unlawful demands.

    c. The Plaintiff was compeled to break State law by accessory, aiding, abetting, and being an accomplice to crime at the state level.

    d. The Plaintiff was bribed with having full access to VA services if he gave them his personal property and adhere to all aspects of the unlawful orders.

### Count Twenty Five

69. The Defendant has violated law pertaining to *"Assault"*;

    a. by telling the Plaintiff that armed-persons would be sent after him if he showed up to his scheduled appointments without adhering to the unlawful measures.

    b. The Plaintiff was told his file would be 'placed to the side' until the policy changed, or until he followed the unlawful demands.

c. The Plaintiff was repeatedly told he was wrong in thinking, when attempting to file a complaint through the VA White House Hotline, regarding these unlawful measures.

## Count Twenty Six

70. The Defendant has violated Title III and IV of the Civil Rights Act;

a. Title III; De-segregation: The Plaintiff was and is segregated from those who believe in and support the unlawful policy beliefs, without due process of law; For his religious beliefs, which includes and overlaps many of his medical beliefs.

b. Title IV; Public Schools: The Plaintiff cannot partake in public school programs, or attend entertainment/sporting events, due to his religious beliefs, which includes many of his medical beliefs; With schools who are enforcing the same type of face covering measurement actions.

## Count Twenty Seven

71. The Defendant has violated to fulfill contract and implied contract, which is breach of contract; "To care for him who shall have borne the battle, and for his widow, and his orphan". The Defendant promised the Plaintiff, if qualified, to have special access to the full array of services offered by The Department of Veterans Affairs. Without stipulation that the veteran/Plaintiff adhere to unlawful authority.

a. The contract between a qualified veteran and access to the full array of healthcare services offered by The Department of Veterans Affairs/Defendant. The Plaintiff is fully qualified, and is a Priority Group One status veteran who is entitled to "Special Access to Care".

b. 38 U.S. Code § 7301; The primary function of the Administration is to provide a complete medical and hospital service for the medical care and treatment of veterans, as provided in this title and in regulations prescribed by the Secretary pursuant to this title.

c. The Veteran Benefits Administration would not allow the Plaintiff to undergo a compensation and pension examination, for a service-connection claim, due to his deeply held beliefs to not adhere to such unlawful measures, or pledge loyalty to a particular belief system by wearing a symbol, or practicing a ritual.

    d. 38 C.F.R. Part 0; 0.602

    e. 38 C.F.R. Part 0; 0.603

    f. 38 CFR 17.32(b)

    g. 38 CFR §16.116

72. Trust was lost; **after contacting the Defendant's (VA) recommended crisis and suicide hotline** in September of 2020, the Plaintiff's plea for mental help was disregarded; the Plaintiff was told that his disability had nothing to do with, or in common with, the face covering policy, and **was hung up on, 5 times (!).** The Plaintiff felt as if the Defendant's hotline wanted him to commit suicide.

73. The Madison VA director told the Plaintiff in December of 2021, that he nor the VA had ambition nor motivation to provide the Plaintiff, or veterans like him, with accomodations to have access to the vast array of in-person services.

74. Twice, in September 2021 and in November 2021; the Defendant (via VES) scheduled the Plaintiff for a compensation and pension exam. The Plaintiff arrived on site to these two exams and was told to leave by the Defendant (Dr. Cayman) due to his non-consent to medical treatment, servitude, or pledge of faith. No accomodation was presented or offered after notifying of his religious objections.

75. After the Plaintiff learned of his full-biological brother, who was 3 years older than him had late stage colon cancer, then died one month later in September of 2021, the

Plaintiff reached out to VA in order to schedule a colonoscopy appointment. The VA immediately approved of the Plaintiff's colonscopy request, and scheduled an appointment (records can verify exact date). After the Plaintiff notified the GI department that he would not adhere to the unlawful measures of the 'covid policy', his appointment was immediately canceled. The Plaintiff was told multiple times that he would not gain access to a colonscopy unless he followed the unlawful orders, or if the pandemic ended. The Hospital Director told the Plaintiff, the pandemic would likely not end until everybody recieved the covid "vaccination".

76. Four elements to bind the government with enlisted military personel:

a) Mutuality of intent of contract: The Plaintiff honorably served the full military contract and met all other VHA and VBA requirements; and according to regulations he **will recieve access** to the full array of services through the VA. **The Defendant broke this element.**

b) Lack of ambiguity in offer and acceptance of the contract: There was none.

c) Consideration: Both the Defendant and Plaintiff was allowed consideration.

d) A government representative having actual authority to bind the contract: That was done and fulfilled.

### Count Twenty Eight

77. The Defendant (as employer) has violated implied contract, which is breach of contract; USPS changed its policy to include utilizing medical devices used for medical treatment and services, and required a displaying pledge/symbol toward a belief system, without consent or agreement. The Plaintiff was hired upon the agreement to follow a safety and uniform policy that did not include a medical device used for medical treatment, or recognizing an organized belief system. The Plaintiff was hired to not discuss politics at work, but was introduced to a policy change that was highly politicized.

78. USPS created a hostile environment to induce and compel management, including the post master and supervisor, into breaking multiple laws and rights.

79. Because of the illegal actions of the Defendant (USPS), the Plaintiff was placed into suspended unpaid leave and was 'unlawfully absent'; and recieved further punitive measures due to the order to refrain from working his job duties as normal. The Plaintiff fears this will cause defamation in potential future employers, and has already caused defamation among fellow co-workers.

# Conclusion

80. It is in the public interest to uphold the rule of law and to restore all Individual Rights to all Citizens of the United States. It is in the public interest to re-institute medical freedoms. It is in the public interest to restore the patient's bill of rights (consent) to services requested, and in regard to medical treatment. It is in the public interest to honor and respect all honorably-discharged military veterans. It is in the public interest to prioritize disabled-veterans who need prioritized care, by upholding their Individual rights. It is in the public interest to uphold contract and implied-contract between the employee and employer. It is in the public interest to restore joy and peace inside children enrolled in the public schools, by restoring the student's rights to their parents/legal guardians. It is in the public interest to restore the presumption of innocence until proven guilty through due process of law.

81. Amendments are minor additions to clarify or improve law, but not change definition; The constitution/law is a premise of an un-changing standard to a moral position, about a specific issue or question:

a. Moral-relativity is based on change and/or 'evolution'. Change implies break-

ing contract. The notion of a 'living and breathing' document is premised on continuing change. The theory of Collectivism is built upon moral-relativity.

b. Moral-absolutism is built on the premise of no-change, and/or objective truth. God doesn't change. Nature's Laws don't change. Moral absolutism doesn't break contract.

c. Individualism is based on the inalienble and absolute rights of each person. The 'collective' (pure democracy) must **not** rule the individual, otherwise the individual will be struck down and freedom will be lost. The notion of 'originalism' is premised on an unbreakable contract.

# Jurisdiction

82. *28 U.S. Code § 1331, 28 U.S. Code § 2401; VA-tort claim rejected* (The Department of Veterans Affairs' tort denial was noticed via certified mail: 7008 1140 0002 3103 8198 and signed by Tami Nantz -Deputy Chief Counsel; The letter said I could legitemately file a federal lawsuit after the tort rejection. *Article III*. In violation of *TITLE 18, U.S.C., SECTION 242.*

# Relief

*Injunctive:*

The complete and immediate end to enforced face covering/medical treatment/interventions, and the end to involuntary-servitude, and the end to a state-religion, and the end to segregation, in any government facility, and public accommodation brick and morter building/facility. The restoration of rule of law. The end to federal funding via CDC, to state/local health departments, to include academic centers such as public schools.

*Other actions:*

I call for the immediate investigation of and/or resignation of and/or removal of heads of departments, hospital directors, including appointed members, because of; treasonous acts,

insurrection, sedition, crimes committed, crimes aided/abetted, and/or criminal negligence; committed against the United States Constitution and the citizens protected by it.

Due to: legal threats of sending armed police officers after the Plaintiff; public humiliation on the USPS work floor, VES facility, VA hallway, call line scoffing and hang-ups; the unlawful suspension, and it being the cause of the disqualification of receiving any state unemployment benefits or the special COVID-19 pay being offered at the time (USPS). Due to: falsly teaching, through actions, that a medical treatment can be enforced without consent. Or, that a belief system can be established in the name of 'health and safey'.

Due to: No reasonable accommodations being offered on the USPS work floor or at the VA facilities; no religious exemption was provided or honored, when the Plaintiff mentioned his deeply held moral objection with USPS; admittance and willingness by USPS to keep him on that 'unpaid leave' status for an "indefinite" period of time. Due to: demanding the Plaintiff to wear a material symbol of a belief system; the creation of hostile work/health-care environment; USPS falsely teaching that a federal entity can violate state and federal law pertaining to the requirement for a medical licensed person, to present, promote or offer medical advice or interventions.

Due to: not given a reason why the Plaintiff's objections or non-consent were an undue hardship to either USPS or VA; not proven by USPS/VA to be a direct threat to himself or others if he did not undergo such medical treatment but was still punished, and without due process; USPS falsely suggesting the Plaintiff gave them written consent to enforce him into the medical treatment because he agreed to their original policy, which didn't include enforced medical treatment or utilizing medical devices. Due to: disaparity in treatment compared to other USPS employees who acted in like manner; attempting to force him into altering his God-given immune system by gaslighting and compelling him into recieving

the 'covid' experimental injection, or other actions that suppress the immune system; USPS falsely claiming and asserting the Plaintiff was absent to work, because he did not consent to such medical treatment.

Due to the great emotional distress the Defendant has inflicted upon the Plaintiff. Due to: being a priority-group-one veteran with no prioritized care; denial of care, even after requesting accomodations to avoid violating of his religious beliefs. Due to: undue hardship, discrimination, and delay of processing a service connected disability claim and compensation and pension examination.

Due to injuries such as lack of sleep, which affects the Plaintiff's health, and severely impacts his productivity and temperament throughout his waking hours; Public humiliation; Cause of marital conflict; A disruption to family business operations; A disruption to family cohesion. Due to the triggering of ptsd symptoms, to include flashbacks to some of the Plaintiff's military leadership's negligence, that resulted in death to military personell; and, severe anxiety, which causes occasional nassua and irregular bowel movements, moments of rapid heart rate, and also a loss of appetite; Countless bouts of depression/despair, via the threats of/and denial of and/or severe postponement of services, with denial of constitutional protected rights; A disruption of doctor-to-patient relationship; A severe breakdown of dignity/self-value, for the remorse of caving into, from being coerced into, violating his own religious convictions.

For the United States to pay the Plaintiff for undue hardship and injuries related to the unlawful actions described in this lawsuit, in the amount deemed fair and just by the judge(s). For the United States to pay the Plaintiff for the creation this lawsuit in the amount deemed fair and just by the judge(s), and all legal fees; including any post-judgement fees.

Punitive request: Due to federal inducement/coercian toward a tax-funded marketing campaign to mis-inform all citizens in and outside public facilities that this policy is and was legal, moral, and correct, and cause of distress to the nation and its people; to pay *one billion dollars* toward a temporary (2 years, or same length as violations in place) rebuke-campaign commission of several credited persons to utilize all types of media platforms in educating/notifying all citizens of the violations made. And, make aware of facts of the law pertaining to the violations and this lawsuit. This relief funding is to go toward the temporary panel, and marketing (public service announcments) for all broadcasting; radio, television, social media, texts, HWY-billboards, collateral materials, etc. These specific funds should go toward offsetting what the CDC has forced local health departments to promote and teach, and to offset what the public schools/acadamia has promoted and taught in relation to these grave violations against man-kind/citizens. These rebuking-PSA should be in public viewing for no less than 12 months.

# Jury Demand

**Court Trial:**
I want a judge to hear my case

**Date:**

*1-21-22*

Respectfully Submitted,

Mark Aaron Joseph
s6075 County Road T
Viroqua, WI 54665
608-843-0820
maj80_1@hotmail.com